**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Roy Eugene Ussery v. The State of Texas

Appellate case number:    01-18-00540-CR

Trial court case number:  1459846

Trial court:              338th District Court of Harris County

Appellant's brief was originally due on November 26, 2018. The Court granted three extensions until February 27, 2019. When the Court granted the last extension, the Court warned that no further extensions would be granted.

On February 27, 2019, appellant requested a fourth extension until March 6, 2019. The motion for extension is **denied**. Appellant's brief is due **on or before March 6, 2019,** or the Court will refer the matter for a hearing in the trial court. No extensions will be granted.

It is so ORDERED.

Judge's signature: _____/s/ Justice Richard Hightower_____
                  ☑ Acting individually    ☐ Acting for the Court


Date: __March 5, 2019___